ANDREW P. GENNINGER vs. COMMISSIONER OF CORRECTION. February 6, 1995. *Grand Jury. Practice, Civil*, Action in nature of certiorari.

In a decision pursuant to its Rule 1:28, the Appeals Court affirmed the denial of the plaintiff's request for a hearing and investigation to determine who "willfully falsified and altered a copy of the grand jury minutes" in

his file[1] and dismissed the plaintiff's complaint against the district attorney for the Norfolk district. See 29 Mass. App. Ct. 1101 (1990). The plaintiff sought further appellate review which was denied. See 408 Mass. 1104 (1990). The plaintiff then sought to raise the same issues and obtain the same relief by filing a civil action in the nature of certiorari, see G. L. c. 249, § 4 (1992 ed.), in the county court[2] single justice session. Relief was denied and the plaintiff appeals. There was no error. After review by the Appeals Court and the denial of further appellate review, the plaintiff had no right to further consideration of those issues.

*Judgment affirmed.*

The case was submitted on briefs.

*Andrew P. Genninger*, pro se.

*Scott Harshbarger*, Attorney General, *& Nina L. Ross*, Assistant Attorney General, for the Commissioner of Correction.

---

[1]The grand jury minutes contained an erroneous reference to a bullet wound to the "head" rather than to the "heart." A corrected page has been inserted into the grand jury minutes in the plaintiff's file.

[2]Of all the defendants named in this action, only the Commissioner of Correction is a party to this appeal.